## Case No. 10,206.

### In re NEW YORK KEROSENE OIL CO.

[The case reported under above title in 3 N. B. R. 125 (Quarto, 31), is the same as Case No. 7,726.]